UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARAH HOLM *et al.*, *on behalf of themselves and all others similarly situated*,

                              Plaintiffs,

-v-

CASELY, INC.,

                              Defendant.

25 Civ. 4933 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 6, 2025, defendant filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint by August 27, 2025. No further opportunities to amend will ordinarily be granted. If plaintiffs do amend, defendant shall, by September 17, 2025: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating that defendant relies on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiffs shall serve any opposition to the motion to dismiss by August 27, 2025. Defendant's reply, if any, shall be served by September 10, 2025. At the time any reply is served, the moving party shall supply

---

[1] If defendant files a new motion to dismiss or rely on their previous motion, plaintiffs' opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

the Court with two (2) courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

                                                 *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: August 8, 2025
       New York, New York